| AOC-E-105 Sum Code: CI | | Case #: 21-CI-006455 |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **TAYLOR, DONLAD VS. PRICHARD, ANDREW**, *Defendant*

TO:  ANDREW PRICHARD
      170 IKE GRIFFITH ROAD
      COOL RIDGE, WV 25825

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

   The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **11/11/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                           Served By

                                              _____
                                                                Title

Summons ID: 404257027213797@00000986629
CIRCUIT: 21-CI-006455 Certified Mail
TAYLOR, DONLAD VS. PRICHARD, ANDREW




Page 1 of 1

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 21-CI-_____
Division _____

DONALD TAYLOR                                                              PLAINTIFF
3206 JACKS LANE
LOUISVILLE, KY 40216

v.

ANDREW PRICHARD
170 IKE GRIFFITH RD
COOLRIDGE, WV 25825

    Serve:        ANDREW PRICHARD
                   170 IKE GRIFFITH RD
                   COOLRIDGE, WV 25825
                   *VIA CERTIFIED MAIL*                                  DEFENDANT

**COMPLAINT**
*Electronically Filed*

*** *** *** *** ***

Comes the Plaintiff, DONALD TAYLOR, by counsel, and for his Complaint against the Defendants, ANDREW PRICHARD states as follows:

1. Plaintiff, Donald Taylor, is, and at all times relevant hereto, was a resident of Jefferson County, Kentucky.

2. To the best of Plaintiff's knowledge and belief, the Defendant, Andrew Prichard (herein after "Defendant") is, and was at all times relevant hereto, was, a resident of Cool Ridge, West Virginia, currently residing at 170 Ike Griffith Road, Raleigh County, West Virginia 25825.



3. The claims against the Defendant arise out of his negligent actions and/or omissions while operating a motor vehicle within Jefferson County, Kentucky which caused injury, harm, and damages to the Plaintiff in Jefferson County, Kentucky. Thus, venue is proper in this Court.

4. Plaintiff's claims against the Defendant exceeds the minimum jurisdictional requirements of the Breckenridge Circuit Court.

7. On or about April 12, 2021, Plaintiff was injured when the semi-truck vehicle operated by the Defendant struck the front of Plaintiff's automobile on or about the intersection of Thirteenth (13th) Street and Mohammad Ali Blvd., in Jefferson County, Kentucky.

8. The aforementioned accident resulted from Defendant's, negligent commissions and/or omissions in failing to exercise ordinary care for the safety of others while operating a motor vehicle, following too closely, failing to keep his vehicle under proper speed and control, and failing to maintain a proper lookout.

9. As a direct and proximate result of Defendant, Andrew Prichard's negligent commission and/or omissions which are complained of in the proceeding paragraphs, Plaintiff received medical treatment, therapy, medical supplies and appliances, and has incurred medical expenses in the past, and will likely incur medical expenses in the future for similar or other care and supplies and appliances; that Plaintiff has lost enjoyment of life in the past, which will likely continue into the future; that Plaintiff has suffered, and will likely continue to suffer in the future, both physical pain and mental anguish; that Plaintiff has lost wages in the past, which will likely continue into the future; and that Plaintiff's ability to labor and earn wages in the future has been permanently impaired. All of the above damages are in excess of the jurisdictional threshold of this Court.

**WHEREFORE**, Plaintiff demands judgment against the Defendants as follows:

A. For an amount of compensatory and special damages that are fair and reasonable as established by the evidence;

B. For all contractual and tort damages to which Plaintiff may appear entitled;

C. For pre-judgment interest;

D. A JURY TRIAL on all issues so triable;

E. Plaintiff's costs expended herein; and

F. Any and all relief to which Plaintiff may otherwise appear entitled.

Respectfully submitted,

/s/Larry Forman
  *Electronically signed*
**Larry Forman**
FORMAN AND ASSOCIATES PLLC
717 West Market Street
Louisville, KY 40202
(502)    931-6788
(419)    574-7156
larry@larryformanlaw.com

*and*

Visar Maliqi
7612 Aluma Lane
Louisville, KY 40214
(502) 777-5824
(502) 735-1863 fax
Viskylaw0505@gmail.com
*Counsel for Plaintiff*



Filed          21-CI-006455     11/22/2021          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
11/30/2021 11:26:52 AM
90489-8

UNITED STATES POSTAL SERVICE

Date Produced: 11/22/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8359 1608 66. Our records indicate that this item was delivered on 11/20/2021 at 10:00 a.m. in COOL RIDGE, WV 25825. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[signature: Andrew Pritchard]*

Address of Recipient :

170 IKE GRIFFITH RD
COOL RIDGE, WV 25825-9420

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C3066179.17827711

Filed          21-CI-006455     11/22/2021          David L. Nicholson, Jefferson Circuit Clerk

AOS : 000001 of 000001

NO. 21-CI-006455            JEFFERSON CIRCUIT COURT
<br>DIVISION NO. 3
<br>JUDGE MITCH PERRY

DONALD TAYLOR            PLAINTIFF

v.            <u>NOTICE OF SERVICE OF DISCOVERY</u>
<br>*Electronically Filed*

ANDREW PRICHARD            DEFENDANT

\* \* \* \* \*

Defendant, Andrew Prichard, hereby gives notice of service of interrogatories, requests for production of documents, requests for admission, and supplemental interrogatories to Plaintiff, Donald Taylor, pursuant to C.R. 33 and C.R. 34 on December 8, 2021.

Respectfully submitted,

DANIEL E. MURNER    (No. 82715)
<br>ELIZABETH WINCHELL    (No. 92088)
<br>LACEY FIORELLA    (No. 92006)
<br>ESTEE ROSE    (No. 99038)
<br>LANDRUM & SHOUSE LLP
<br>P. O. Box 951
<br>Lexington, KY 40588-0951
<br>Telephone: (859) 255-2424

BY:    /s/Daniel E. Murner
<br>       COUNSEL FOR DEFENDANT,
<br>       ANDREW PRICHARD

4868-7030-8101, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
Estee Rose (erose@landrumshouse.com)
*Counsel for Defendant,*
*Andrew Prichard*

I further certify that the foregoing document has been e-mailed to the following:

Larry Forman (larry@larryformanlaw.com)
FORMAN AND ASSOCIATES PLLC
717 West Market Street
Louisville, KY 40202
*Co-Counsel for Plaintiff*

Visar Maliqi (viskylaw0505@gmail.com)
7612 Aluma Lane
Louisville, KY 40214
*Co-Counsel for Plaintiff*

BY:   /s/Daniel E. Murner
       COUNSEL FOR DEFENDANT,
       ANDREW PRICHARD

NO. 21-CI-006455                          JEFFERSON CIRCUIT COURT
                                                       DIVISION NO. 3
                                                      JUDGE MITCH PERRY

DONALD TAYLOR                                                    PLAINTIFF

v.          **NOTICE OF ELECTION OF ELECTRONIC SERVICE**
             *Electronically Filed*

ANDREW PRICHARD                                        DEFENDANT

\* \* \* \* \*

Comes the Defendant, Andrew Prichard, by counsel, and pursuant to CR 5.02(2), elects to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorneys agree to accept service are listed below. Please include all e-mail addresses below to assure receipt of service.

> dmurner@landrumshouse.com
> ewinchell@landrumshouse.com
> lfiorella@landrumshouse.com
> erose@landrumshouse.com
> cames@landrumshouse.com
> tbarkley@landrumshouse.com

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

4887-6613-3509, v. 1

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
ESTEE ROSE (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:   /s/Daniel E. Murner
      COUNSEL FOR DEFENDANT,
      ANDREW PRICHARD

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner          (dmurner@landrumshouse.com)
Elizabeth Winchell        (ewinchell@landrumshouse.com)
Lacey Fiorella            (lfiorella@landrumshouse.com)
Estee Rose                (erose@landrumshouse.com)
*Counsel for Defendant,*
*Andrew Prichard*

I further certify that the foregoing document has been e-mailed to the following:

Larry Forman             (larry@larryformanlaw.com)
FORMAN AND ASSOCIATES PLLC
717 West Market Street
Louisville, KY  40202
*Co-Counsel for Plaintiff*

Visar Maliqi             (viskylaw0505@gmail.com)
7612 Aluma Lane
Louisville, KY  40214
*Co-Counsel for Plaintiff*

BY:   /s/Daniel E. Murner
      COUNSEL FOR DEFENDANT,
      ANDREW PRICHARD

4887-6613-3509, v. 1

| | |
|---|---|
| NO. 21-CI-006455 | JEFFERSON CIRCUIT COURT<br>DIVISION NO. 3<br>JUDGE MITCH PERRY |
| DONALD TAYLOR | PLAINTIFF |
| v. | **ANSWER TO COMPLAINT**<br>***Electronically Filed*** |
| ANDREW PRICHARD | DEFENDANT |

\* \* \* \* \*

Comes the Defendant, Andrew Prichard, by counsel, and for his answer to Plaintiff's complaint, states as follows:

### FIRST DEFENSE

The complaint should be dismissed for failure to state a claim against this Defendant upon which relief may be granted.

### SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiff's cause of action, and all other relevant statutory and common law.

### THIRD DEFENSE

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraph 1 of the complaint, and therefore denies same.

2. Defendant admits the allegations contained in numbered paragraph 2 of the complaint.

4877-7627-7765, v. 1

3. Defendant denies any allegations or implications of negligence by this Defendant in numbered paragraph 3 of the complaint. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraph, and therefore denies same. Defendant does not answer to the statement of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4. Defendant denies any allegations or implications of negligence in numbered paragraph 4 of the complaint. Defendant does not answer to the statement of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

5. Defendant denies any allegations or implications of negligence in numbered paragraphs 7, 8 and 9 of the complaint (mistakenly numbered in that paragraphs 5 and 6 were omitted). Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs as to the cause, nature, extent and duration of Plaintiff's claimed injuries and damages, and therefore Defendant denies same. Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

## FOURTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of Plaintiff, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## FIFTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, not named or identified in the complaint, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## SIXTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## SEVENTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about by an intervening and superseding cause of which Defendant had no control, Defendant relies upon same as a complete bar to Plaintiff's complaint.

## EIGHTH DEFENSE

Defendant affirmatively relies upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et seq.*) as complete bars to those relevant portions of Plaintiff's complaint.

## NINTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiff's lost wages and medical expenses have been paid or are payable by Plaintiff's Basic Reparations Benefits/No-Fault carrier and/or other collateral source payor, the cause of action for recovery of such damages belongs to said carrier and/or collateral source payor, and Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## TENTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiff has failed to mitigate his damages, Defendant relies upon same as a complete bar to those portions of Plaintiff's claim caused by such failure.

## ELEVENTH DEFENSE

Defendant affirmatively relies upon all available defenses permitted pursuant to Kentucky Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiff's complaint.

WHEREFORE, Defendant moves for a dismissal of the complaint against him, for his costs incurred herein, and for any and all other relief to which he may appear entitled.

Respectfully submitted,

DANIEL E. MURNER    (No. 82715)
ELIZABETH WINCHELL    (No. 92088)
LACEY FIORELLA    (No. 92006)
ESTEE ROSE    (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:  /s/Daniel E. Murner
    COUNSEL FOR DEFENDANT,
    ANDREW PRICHARD

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner    (dmurner@landrumshouse.com)
Elizabeth Winchell    (ewinchell@landrumshouse.com)
Lacey Fiorella    (lfiorella@landrumshouse.com)
Estee Rose    (erose@landrumshouse.com)
*Counsel for Defendant,*
*Andrew Prichard*

I further certify that the foregoing document has been e-mailed to the following:

Larry Forman    (larry@larryformanlaw.com)
FORMAN AND ASSOCIATES PLLC
717 West Market Street
Louisville, KY  40202
*Co-Counsel for Plaintiff*

Visar Maliqi    (viskylaw0505@gmail.com)
7612 Aluma Lane
Louisville, KY  40214
*Co-Counsel for Plaintiff*

BY:  /s/Daniel E. Murner
    COUNSEL FOR DEFENDANT,
    ANDREW PRICHARD

| | |
|---|---|
| NO. 21-CI-006455 | JEFFERSON CIRCUIT COURT |
| | DIVISION NO. 3 |
| | JUDGE MITCH PERRY |

DONALD TAYLOR                                                                           PLAINTIFF

v.           **NOTICE TO CIRCUIT COURT OF FILING OF NOTICE OF REMOVAL**
*Electronically Filed*

ANDREW PRICHARD                                               DEFENDANT

\* \* \* \* \*

You are hereby notified of the filing of the notice of removal in the United States District Court for the Western District of Kentucky, Louisville Division, of the case of *Donald Taylor v. Andrew Prichard,* bearing Civil Action Number 21-CI-006455 in the Circuit Court of Jefferson County, Commonwealth of Kentucky, all in accordance with provisions of 28 USC § 1446. Copies of said notice of removal were filed and served herewith.

                                                          Respectfully submitted,

                                                          DANIEL E. MURNER    (No. 82715)
                                                          ELIZABETH WINCHELL  (No. 92088)
                                                          LACEY FIORELLA     (No. 92006)
                                                          ESTEE ROSE          (No. 99038)
                                                          LANDRUM & SHOUSE LLP
                                                          P. O. Box 951
                                                          Lexington, KY  40588-0951
                                                          Telephone:  (859) 255-2424

                                  BY:    /s/Elizabeth Winchell
                                                   COUNSEL FOR DEFENDANT,
                                                   ANDREW PRICHARD

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 19th day of January, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

| | |
|---|---|
| Daniel E. Murner | (dmurner@landrumshouse.com) |
| Elizabeth Winchell | (ewinchell@landrumshouse.com) |
| Lacey Fiorella | (lfiorella@landrumshouse.com) |
| Estee Rose | (erose@landrumshouse.com) |

*Counsel for Defendant,*
*Andrew Prichard*

Larry Forman    (larry@larryformanlaw.com)
FORMAN AND ASSOCIATES PLLC
717 West Market Street
Louisville, KY 40202
*Co-Counsel for Plaintiff*

Visar Maliqi    (viskylaw0505@gmail.com)
7612 Aluma Lane
Louisville, KY 40214
*Co-Counsel for Plaintiff*

                                  BY:   /s/Elizabeth Winchell
                                              COUNSEL FOR DEFENDANT,
                                              ANDREW PRICHARD